# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF ML-CFC COMMERCIAL MORTGAGE TRUST 2006-3, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-3,<br><br>Plaintiff,<br><br>v.<br><br>SUNSET DEVELOPMENT-SUGAR CREEK LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | CASE NO. 2:16-CV-0005<br><br>JUDGE FROST<br><br>MAGISTRATE JUDGE KEMP |

## ORDER GRANTING MOTION TO SUBSTITUTE TRANSFEREE

Upon the Motion of the Plaintiff, Wells Fargo Bank, N.A., as Trustee for the Registered Holders of ML-CFC Commercial Mortgage Trust 2006-3, Commercial Mortgage Pass-Through Certificates, Series 2006-3 ("Plaintiff") to Substitute Transferee, and for good cause shown, the Court finds the Plaintiff's Motion to Substitute Transferee is hereby GRANTED.  It is therefore ORDERED, ADJUDGED AND DECREED that, pursuant to Rule 25(c) of the Federal Rules of Civil Procedure, Bellbrook – 4363 Bayberry Cove Trust, a Delaware statutory trust, shall be substituted as the Plaintiff in this matter.

IT IS SO ORDERED.

|  |  |
|---|---|
|    4/27/16<br>DATE |    /s/   GREGORY L. FROST<br>JUDGE |